20180814174114

AO 440 (Rev. 06/12) Summons in a Civil Action        RETURN OF SERVICE

SERVICE OF: ADDENDUM
EFFECTED (1) BY ME: ALVIN S. GONZALEZ
TITLE: PROCESS SERVER

DATE: 8/15/2018 3:10:00 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

LUIS ERNESTO GONZALEZ

Place where served:

900 PARK AVE.  UNIT 25 A/B  NEW YORK  NY  10075

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOHN DOE, WHO REFUSED TO GIVE HIS TRUE NAME, CONCIERGE

Relationship to defendant: CONCIERGE

Description of Person Accepting Service:
SEX: MALE   AGE: 57-65   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200   SKIN: WHITE   HAIR: PEPPER   OTHER: FAST AND RECEDING HAIRLINE

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____     SERVICES $ _____     TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: AUG 15 2018

SIGNATURE OF ALVIN S. GONZALEZ
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: RUTH A. RAULS, ESQ.
PLAINTIFF: EPK BRAND, INC., ET AL
DEFENDANT: PATRICK ROGER LERET, ET AL
VENUE: DISTRICT
DOCKET: 18 CV 7300
COMMENT:

# 18 CV 7300

## ADDENDUM

ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTAINING ORDER, JURY TRIAL DEMANDED, DECLARATION OF RUTH RAULS, ESQ. PURSUANT TO FED. R. CIV. P. 65(B), Rule 7.1 DISCLOSURE STATEMENT, MOTION FOR ADMISSION PRO HAC VICES, AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICES, ORDER FOR ADMISSION PRO HAC VICE OF HILDA PILOTO, ESQ., ORDER FOR ADMISSION PRO HAC VICE OF PHILLIP M. HUDSON III, ESQ. , SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT, VERIFICATIONS, AND EXHIBITS

STATE OF NEW JERSEY
COUNTY OF __Union__ ss:
(County where notarized)

AFFIDAVIT OF SERVICE
BY MAIL

INDEX No: __18 CV 7300__

GSS #: __201808141741114__

I, __Sandra Wilson__, being duly sworn says, I am over 18 years of
(Insert name and of person who mails papers)

age and not a party to this action.

On, __Aug. 15__, 20__18__ I mailed a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which I deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New Jersey addressed to:

__Luis Ernesto Gonzalez__
(Name of person)

__900 Park Ave, Unit 25 A/B__
(Street address)

__New York, NY 10075__
(City/Town/Village; State; Zip Code)

__Sandra Wilson__
(Sign your name in the presence of a Notary Public)

__Sandra Wilson__
(Print your name)

_Alexza Taylor_

Sworn to before me this
__15__ day of __Aug__, 20__18__.

ALEXZA TAYLOR
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 30, 2021

CONFIDENTIAL

O. BOX 2248
ON, NJ 07083

TO:

LUIS ERNESTO GONZALEZ
900 PARK AVE. UNIT 25 A/B
NEW YORK, NY 10075



US POSTAGE >> PITNEY BOWES

ZIP 07083 $ 007.25⁰
02 1W
0001396156 AUG 15 2018